

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Department of Agriculture
Austin
Texas

Gentlemen:         Attention:  Mr. Charles E. Baughman

Opinion No. O-2150
Re:  Are trees, plants and shrubs
taken from the forest and sold
or offered for sale subject to
the provisions of the General
Nursery Stock Law of the State?

Your letter of March 29, 1940, requesting an opinion of this Department on the above stated question has been received.

Your letter reads, in part, as follows:

"We are confronted with the proposition where in some instances local authorities claim that trees, plants and shrubs taken from the forest and sold, or offered for sale, are not subject to the provisions of the General Nursery Stock Law of the State. . . .

"We wish to have you advise this department whether or not an individual, partnership, or corporation, entering the forests and taking therefrom any manner of nursery stock as defined hereinbefore, and sells same or offers same for sale is subject to the provisions of the General Nursery Stock Law?

"Please advise if such individual, partnership, or corporation does not have in his or their possession copy of the certificate as provided for

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Department of Agriculture, Page 2

in Article 1693 (719-) Chapter 10, Revised Crim-
inal Statutes of the State of Texas of 1925, may
be prosecuted under the provisions of the above
act."

Articles 1692, 1693, and 1698, of the Penal Code
read as follows:

Article 1692:

"The Commissioner of Agriculture shall cause
to be made at least once each year an examination
of each nursery or other place where nursery stock
is exposed for sale. If such stock so examined is
apparently free in all respects from any contagious
or infectious disease or dangerously injurious in-
sect pests, the Commissioner shall issue to the owner
or proprietor of such stock a certificate reciting
that such stock so examined was at the time of such
examination apparently free from any such disease
or pest. No such certificate shall be negotiable
or transferable, and shall be void if sold or trans-
ferred. Any such sale or transference shall be pun-
ishable as provided by the succeeding article."

Article 1693:

"All nursery stock consigned for shipment, or
shipped by freight, express or other means of trans-
portation shall be accompanied by a copy of said
certificate attached to each car, box, bale, bundle
or package. When said box, bale, bundle or package
contains nursery stock to be delivered to more than
one person, partnership or corporation, each portion
of such nursery stock to be so delivered shall also
bear a copy of such certificate of inspection. Who-
ever sends out or delivers within this State, trees,
vines, shrubs, plants, buds or cuttings, commonly
known as nursery stock, which are subject to the at-
tacks of insects and diseases enumerated herein, un-
less he has in his possession a copy of said certifi-
cate, dated within a year thereof; or shall deface
or destroy such certificate, or wrongfully be in pos-
session of such certificate, or fail to attach pro-
per tags on each shipment, such tags bearing a copy
of said certificate, shall be fined not less than one

Department of Agriculture, Page 3

hundred nor more than two hundred dollars."

Article 1698:

"The term 'Nursery Stock' within the meaning
of this law, shall include all fruit trees and vines,
shade trees and forest trees, whether such shade or
forest trees be especially grown for sale in a nur-
sery, or taken from the forests and offered for sale;
all scions, seedlings, roses, evergreens, shrubbery
or ornamentals, also such greenhouse plants or pro-
pagation stock, all classes of berry plants, cut
flowers taken from plants, bushes, shrubs, or other
trees growing in this State, which may be a medium
for disseminating injurious insect pests and conta-
gious diseases.

"The term 'nursery' shall be construed to mean
any grounds or premises on which nursery stock is
grown, or exposed for sale. 'Being in the nursery
business' applies to any individual, partnership, or
corporation which may either sell or grow, or both
grow and sell, nursery stock, regardless of the va-
riety or quantity of nursery stock sold or grown.

"The term 'dealer' shall be construed to apply
to any individual, partnership or corporation not
growers of nursery stock, but who buy and sell nursery
stock for the purpose of reselling and reshipping
under their own name or title, independently of any
control of those from whom they purchase. An 'agent
of a nursery or dealer' shall be construed to apply
to any individual, partnership or corporation sell-
ing nursery stock, either as being entirely under
the control of the nursery or dealer, with whom the
nursery stock offered for barter and traffic origin-
ates, or some cooperative basis for handling nursery
stock with the grower or dealer, as specified in
this article. Any such agent shall have proper cre-
dentials from the dealer he represents or cooperates
with, and failing in that, any such agent shall be
classed as a dealer, and subject to such rules and
regulations as may be adopted relative to them, and
shall be amenable to the same penalties for viola-
tions of any provisions of this law."

Department of Agriculture, page 4

Article 1698, supra, specifically provides that the term "nursery stock" within the meaning of the General Nursery Stock Law, shall include all fruit trees and vines, shade trees and forest trees, whether such shade or forest trees be especially grown for sale in a nursery or taken from the forest and offered for sale. This Article further provides that the term "nursery" shall be construed to mean any grounds or premises on which nursery stock is grown, or exposed for sale.

Article 1692, supra, provides for an examination of each nursery or other place where nursery stock is exposed for sale and if such stock so examined is apparently free in all respects from any contagious and infectious disease or dangerously injurious insect pests, the commissioner shall issue to the owner or proprietor of such stock a certificate reciting that such stock so examined was at the time of such examination apparently free from any such disease or pests.

Article 1693, supra, provides that all nursery stock consigned for shipment, or shipped by freight, express, or other means of transportation shall be accompanied by a copy of such certificate attached to each car, box, bale, bundle, or package, and when such box, bale, bundle, or package contains nursery stock to be delivered to more than one person, partnership, or corporation, each portion of such nursery stock to be so delivered shall also bear a copy of such certificate of inspection.

In view of the foregoing statutes, you are respectfully advised that it is the opinion of this Department that trees, plants, and shrubs taken from the forest and sold or offered for sale are subject to the provisions of the General Nursery Stock Law of this State, and that any individual, partnership, or corporation refusing, or failing to comply with the provisions of the Nursery Stock Law, Chapter 10, Title 19, Articles 1691 to 1700 of the Penal Code inclusive, is subject to prosecution under the provisions of the Nursery Stock Law.

Department of Agriculture, Page 5


          Trusting that the foregoing fully answers your
inquiry, we remain

                         Yours very truly

                         ATTORNEY GENERAL OF TEXAS

                    By   *Ardell Williams*

                         Ardell Williams
                             Assistant

AW:BBB



          APPROVED APR 8, 1940

          *Gerald C. Mann*
          ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN